**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6928

DERRYMORE CAMPBELL,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE; GENE JOHNSON; DUNCAN
MILLS; ARMSTRONG; JOHN DOE; RUFUS FLEMING; H.
R. POWELL; M. JORDAN; W. F. SEAL; R. A. YOUNG;
L. W. JARVIS; CLARENCE A. HOLLAR; NENA ADAMS;
K. A. POLINSKY; D. F. MILLER; PIRES; F. E.
LOCKHART; P. E. MADDEX; TED DURR; L. HUFFMAN;
G. K. WASHINGTON; L. T. EDMONDS; B. BOOKER; C.
S. WINGFIELD; KELLY HARRISON; JANE DOE;
LINAMEN; W. CLARK; HANKINS,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (CA-01-1023-7)

Submitted: May 31, 2006          Decided: September 27, 2006

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrymore Campbell, Appellant Pro Se. Dana L. Gay, Richard Carson
Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrymore Campbell appeals from the district court's order granting summary judgment to the defendant prison officials in his 42 U.S.C. § 1983 (2000) action challenging, among other things, the validity and enforcement of the prison's grooming policy. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Campbell v. Angelone, No. CA-01-1023-7 (W.D. Va. Apr. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED